**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.

MICHAEL NICHOLAS

No.

**INFORMATION**

The United States Attorney charges:

**COUNT ONE**
**(False Statements to Government Agency)**

On about May 30, 2025, and about June 6, 2025, in the District of Maine, the defendant

**MICHAEL NICHOLAS**

knowingly and willfully made materially false, fictitious and fraudulent statements and representations in a matter within the jurisdiction of the United States Department of Veterans Affairs, an agency within the executive branch of the United States. Specifically, Nicholas, in response to questions posited to him by VA Office of the Inspector General special agents during an interview concerning an investigation into the installation of Blink cameras in the Togus firehouse, (1) denied previously seeing Blink cameras that had been installed in the ceiling, (2) denied knowing the cameras were in the ceiling before they were removed by law enforcement on about March 27, 2025, and (3) denied ever having purchased Blink cameras, when in truth and in fact the defendant purchased the Blink cameras, had seen the cameras when he installed them in the ceiling of sleeping quarters in the VA firehouse, and knew they were in the ceiling after he installed them.

2

All in violation of Title 18, United States Code, Section 1001(a)(2).


Date:  May 8, 2026

ANDREW B. BENSON
United States Attorney

**/s/ Chris Ruge**
Chris Ruge
Assistant United States Attorney