# Synopsis
## (Information)

| | |
|---|---|
| **Name:** | Michael Nicholas |
| **Address:** (City & State Only) | Chelsea, Maine |
| **Year of Birth and Age:** | 1979/47 |
| **Violations:** | **Count 1:** False Statement to a Federal Official. 18 U.S.C. § 1001(a)(2) |
| **Penalties:** | **Count 1:** Imprisonment of not more than 5 years, fine not to exceed $250,000, or both.  18 U.S.C. § 924(a)(1).  (Class D Felony) |
| **Supervised Release:** | **Count 1**: Not more than 3 years.  18 U.S.C. § 3583(b)(2) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count 1**: Not more than 2 years.  18 U.S.C. § 3583(e)(3) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1**:  Three years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Erik Crocker, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | VA OIG SA Todd Sweet |
| **Detention Status:** | Not in custody; to me noticed through counsel |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Kennebec |
| **AUSA:** | Ruge |
| **Guidelines apply?** | Yes |
| **Victim Case:** | No |

| | |
|---|---|
| **Corporate Victims Owed Restitution?** | None |
| **Assessments:** | **Count 1**: $100.00; 18 U.S.C. § 3013 |