UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO.: 1:26-cr-00056-JAW |
| v. | ) | |
| | ) | |
| MICHAEL NICHOLAS | ) | |

DEFENDANT'S OBJECTION TO AND
MOTION TO STRIKE "VICTIM IMPACT STATEMENT"

NOW COMES Defendant Michael Nicholas through counsel and hereby objects to and moves to strike the document entitled "Victim Impact Statement" that was filed on September 3, 2026. In support, counsel states the following:

1. On June 17, 2026, at his initial appearance, Defendant Michael Nicholas pled guilty to one count of False Statements to Government Agency, 18 U.S.C. § 1001(a)(2). Defendant has not yet been sentenced in this matter.
2. In essence, Defendant's crime was that, when questioned by agents with the Office of Inspector General (OIG), he denied that he installed hidden cameras in certain VA Fire Department sleeping quarters. A little over two weeks after his denial, Defendant admitted to the agents that he did install the cameras.
3. Defendant's crime is making a false statement to the OIG agents, not installing the cameras.
4. On September 1, 2026, U.S. Probation filed its Revised Pre-Sentence Report to the Court as a result of objections and proposed revisions that had been submitted by the parties. The Revised Report states that there are no direct identifiable victims in the offense.

5. On September 3, 2026, U.S. Probation filed a "Victim Impact Statement" (hereinafter the Statement). Until the filing of the Statement, Defendant and counsel were not presented with any statements to be submitted by persons claiming to be victims.
6. The drafter of the unsigned "Victim Impact Statement" discusses the impact of the discovery of the cameras in the sleeping quarters has had on them.
7. Pursuant to 18 U.S.C. § 3771(e)(2), a crime victim is a person directly and proximately harmed as a result of the commission of a Federal offense.
8. The person who drafted the Statement does not describe any harm by Defendant's false statement, nor is there any discovery provided to suggest that Defendant's false statement was a proximate cause of the harm described by the drafter of the Statement. The installation of the hidden cameras and their discovery happened regardless of whether Defendant was initially honest about his involvement.
9. As the Statement does not describe any harm stemming from Defendant's crime, the Statement is not one coming from a crime victim, entitling the drafter to rights under 18 U.S.C. § 3771(a) & (b), including the right to specially attach a claimed Victim Impact Statement to be considered by this Court.
10. By including the Statement in the record, there is a substantial risk that the Court is unduly prejudiced by the asserted impact of Defendant's non-criminal conduct.
11. The Statement should therefore be stricken from the record and not considered for sentencing purposes.

WHEREFORE, Defendant Michael Nicholas respectfully requests that this Court strike the "Victim Impact Statement" submitted September 3, 2026 from the record and accordingly

not consider the Statement for sentencing purposes, and for any other relief this Court deems just and equitable.

Date: 9/4/2026

/s/ Erik Crocker
Erik T. Crocker, Esq. - Bar No. 5352
FARRELL, ROSENBLATT & RUSSELL
61 Main Street – P.O. Box 738
Bangor, Maine 04402-0738
(207) 990-3314
etc@frrlegal.com
Attorney for Defendant Michael Nicholas

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO.: 1:26-cr-00056-JAW |
| v. | ) | |
| | ) | |
| MICHAEL NICHOLAS | ) | |

CERTIFICATION

I hereby certify that on today's date, I electronically filed Defendant's Objection to and Motion to Strike Victim Impact Statement with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

AUSA CHRIS RUGE

Date: 9/4/2026

/s/ Erik Crocker
Erik T. Crocker, Esq. - Bar No. 5352
FARRELL, ROSENBLATT & RUSSELL
61 Main Street – P.O. Box 738
Bangor, Maine 04402-0738
(207) 990-3314
etc@frrlegal.com
Attorney for Defendant Michael Nicholas